IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:01CV196

| | |
|---|---|
| **KELLY DOCKERY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **CHANCE RIDES, INC.; DREW** ) | |
| **AMUSEMENT OPERATORS, INC.;** ) | |
| **and APPALACHIAN FAIR** ) | |
| **ASSOCIATION, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's renewed motion to restore this case to the Court's active trial docket.

For the reasons stated in the motion and the Defendants having filed no objections or other response thereto, the Court will grant the relief sought.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to restore this matter to the docket is hereby **ALLOWED**, and the Clerk is directed to restore this matter to the Court's active docket.

2

**IT IS FURTHER ORDERED** that the Defendant Chance Rides, Inc., has to and including 20 days from entry of this Order in which to file answer or other responsive pleading to the complaint herein.

**IT IS FURTHER ORDERED** that within 30 days after such responsive pleading is filed, the parties shall confer as provided by Fed. R. Civ. P. 26(f) and file a proposed discovery plan.  *See also*, **Local Rule 16.1.**

Signed: April 9, 2007

Lacy H. Thornburg
United States District Judge